transfer Greer's equitable claims to another federal court.

Greer asserts several additional errors by the trial court. None of these arguments has merit, and we reject them. In particular, the allegations of misconduct by the Court of Federal Claims judge are speculative and entirely unsupported, and do not state a cognizable claim of bias in any event. *See Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994) (requiring an extrajudicial source to support a claim of bias).

For the reasons set forth above, the decision of the Court of Federal Claims is *affirmed.*

No costs.

Sara B. Rearden, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, Rosa M. Koppel, Deputy General Counsel and Jeffrey Gauger, Acting Associate General Counsel.

Before LOURIE, SCHALL, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

**James H. KNIGHT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2006–3427.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2007.

Rehearing Denied March 7, 2008.

Michael A. Moulis, Moulis & Associates, P.A., of Ft. Lauderdale, Florida, argued for petitioner.

---

**Richard W. EVANS, Claimant–Appellant,**

v.

**Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7192.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2007.

Rehearing En Banc Denied Jan. 24, 2008.